Midwest Cereal Milling Company, defendant in error, v. Martin Gnatek and James V. Slopa, plaintiffs in error. Gen. No. 28,752.

Action for value of goods sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed with judgment of nil capiat. Opinion filed October 20, 1924.

Otto Kerner, for plaintiffs in error; James S. Wight of counsel. Epstein & Feiwell, for defendant in error; Millard C. Eiseman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Eugenia Michelini, defendant in error, v. C. H. McDonald, plaintiff in error. Gen. No. 29,077.

Action for personal injury. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Hugh O'Neill and J. P. Mahoney, for plaintiff in error. Royal W. Irwin, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

R. H. McPherron, defendant in error, v. Thomas Egan, plaintiff in error. Gen. No. 29,119.

Tort. Order denying motion to vacate judgment for plaintiff, striking defendant's appearance and demand for jury, and issuing execution on judgment. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

William L. Hart, for plaintiff in error; William L. Hart and Gleonard H. Jones, of counsel. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. John O'Rourke, defendant in error, v. William W. LeGros et al., plaintiffs in error. Gen. No. 29,129.

Petition for mandamus to admit relator to benefits under police pension fund. Writ awarded. Error to the Superior Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Francis X. Busch, Corporation Counsel, for plaintiffs in error; Albert H. Veeder, Assistant Corporation Counsel, of counsel. A. D. Gash, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.